UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 10306 PBS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | VIOLATIONS: |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | Felon in Possession of |
| TREVOR CHARLTON ) | a Firearm |

## INDICTMENT

COUNT ONE: (18 U.S.C. § 922 (g)(1)-- Felon in Possession of Firearms and Ammunition)

The Grand Jury charges that:

On or about July 25, 2004, in Brockton in the District of Massachusetts,

TREVOR CHARLTON,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Star, Model 30M, 9mm semi automatic pistol, bearing serial number 1878329.

All in violation of 18 United States Code, Section 922 (g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
MARIANNE C. HINKLE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September 29, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK   9/29/04 @ 2:00pm

**04 CR 10306 PBS**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet                                  U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** _____

**City** BROCKTON   **Related Case Information:**

**County** PLYMOUTH   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  TREVOR CHARLTON            Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  27 KERWIN STREET, DORCHESTER

Birth date (Year only): 1975   SSN (last 4 #): 5452   Sex B   Race: B   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _____   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Plymouth HOC   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment
**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____   **Signature of AUSA:** _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | felon in possession of a firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**