UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIM. CASE NO: CR04-10306 PBS

TREVOR CHARLTON
        Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On October 6, 2004, the defendant in the above-entitled action appeared before this Court for an initial appearance on an indictment charging him with 18 U.S.C § 922 (g)(1), felon in possession of a firearm. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney MARTIN RICHEY of the Federal Defender Office for the District of Massachusetts be appointed, effective as of October 6, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

                                        JOYCE LONDON ALEXANDER
                                        UNITED STATES MAGISTRATE JUDGE

                                        BY THE COURT:

                                        /S/ Rex Brown
                                        Courtroom Clerk

October 7, 2004
Date