UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR-10306-PBS

UNITED STATES OF AMERICA

V.

TREVOR CHARLTON

**ORDER ON DETENTION**

October 7, 2004

ALEXANDER, M.J.

The defendant, Trevor Charlton, appeared before this Court on October 6, 2004, for an initial appearance pursuant to an indictment charging him with violating 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). The defendant was represented by Attorney J. Martin Richey and the government was represented by Assistant United States Attorney Marianne C. Hinkle. The government moved for detention pursuant to 18 U.S.C. §§ 3142 (f)(1)(B) and (D) and (f)(2)(A) and (B). In that the defendant is currently in state custody, the detention hearing in this matter is postponed until a later time, if and when it becomes necessary, pursuant to <u>United States v. King</u>, 818 F.2d 112, 114 (1st Cir. 1987). A DETAINER SHALL ISSUE.

SO ORDERED.

_____
United States Magistrate Judge