AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

Trevor Charlton

**WARRANT FOR ARREST**

CASE NUMBER: 04cr10306 PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     TREVOR CHARLTON
                                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Felon in Possession of Firearms and Ammunition

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 SEP 30 A 11: 53

in violation of Title    18,    United States Code, Section(s)   922(g)(1)

Name of Issuing Officer     Supervisor
Signature of Issuing Officer     Title of Issuing Officer

9-30-04     Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT 10/8/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.