UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10306 PBS

TREVOR CHARLTON
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On November 17, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery disclosures will be provided by the government by November 23, 2004;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than thirty (30) days before trial and the defendant will provide expert discovery no later than fifteen (15) days before trial ;

5. The applicable periods of excludable delay under the Speedy Trial Act include: October 6, 2004, through November 4, 2004 (28 days) , for a total of twenty-eight (28) days as of November 4, 2004. The government will file a joint motion for the applicable periods of excludable delay. The total amount of time to proceed to trial is seventy (70) days as of November 4, 2004;

6. Trial is uncertain at this time. If the case were to proceed to trial, the parties anticipate a three (3) to five (5) day trial;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be due on or before December 21, 2004, with the defendant's motions due January 4, 2005. A **Final Status Conference** is scheduled at **11:15 a.m.** on **January 5, 2005,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

<u>HONORABLE JOYCE LONDON ALEXANDER</u>
U.S. MAGISTRATE JUDGE

By the Court:

<u>November 29, 2004</u>            <u>/S/ Rex Brown            </u>
Date                                  Courtroom Clerk
                                      (617) 748-9238