UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306 PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

### DEFENDANT'S ASSENTED-TO MOTION FOR FURTHER TIME TO FILE SUBSTANTIVE MOTIONS, AND TO CONTINUE FINAL STATUS CONFERENCE

Defendant, with the assent of the government, respectfully moves this Court for a further sixty days to file substantive motions in this case. Further, defendant, with the assent of the government, respectfully moves that the Final Status Conference, scheduled for February 10, 2005 at 10:00 a.m., be continued.

As grounds for this motion, defendant relies upon the ex-parte affidavit of undersigned counsel, submitted separately under seal.

Defendant will assent to the exclusion of time from the Speedy Trial calculation for any period of delay caused by the Court's granting this motion.

Assistant United States Attorney Robert E. Richardson assents to this motion.

TREVOR CHARLTON,
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
  B.B.O. #559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

February 8, 2005