UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306 PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
BRIEFLY CONTINUE STATUS CONFERENCE

Defendant, with the assent of the government, respectfully moves this Court to briefly continue the status conference in this matter, presently scheduled for Monday, April 11, 2005 at 11:00 a.m.  As grounds for this motion, undersigned counsel will be out of state attending a family matter on April 11 and 12, 2005.  Counsel did not anticipate this trip when the April 11 date was originally chosen.

Defendant further requests, with the assent of the government, that his substantive motions be deemed due on the date to which the status conference is continued.  As grounds for this request, undersigned counsel has been diligently working on the motions, but anticipates that they will not be completed prior to their presently scheduled due date of April 11, 2005.

Assistant United States Attorney Robert E. Richardson assents to this motion.

TREVOR CHARLTON,
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
  B.B.O. #559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

April 7, 2005