UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10306-PBS |
| | ) |
| **TREVOR CHARLTON** | ) |

JOINT MEMORANDUM
PURSUANT TO LOCAL RULE 116.5(C)

Pursuant to Local Rule 116.5(C), the United States and the defendant Trevor Charlton (collectively, the "parties") state as follows:

(1) The parties know of no such issues.

(2) No.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not requested notice of alibi by the defendant.

(5) The defendant intends to file a motion to suppress statements.

(6) A schedule should be set with respect to the defendant's motion to suppress statements.

(7) A resolution short of trial appears unlikely at this juncture.

(8) The parties agree that the period from November 17, 2004 to and including the filing of the defendant's motion to suppress statements and the government's response thereto is excludable.

(9) The parties estimate that the trial will last

approximately one week.

                                       Respectfully submitted,

| TREVOR CHARLTON | MICHAEL J. SULLIVAN |
|---|---|
| Defendant | United States Attorney |
| | |
| By: /s/Martin Richey | By: /s/Robert E. Richardson |
|     J. Martin Richey |     Robert E. Richardson |
|     Federal Defender Office |     Assistant U.S. Attorney |
|     408 Atlantic Avenue | |
|     Third Floor | |
|     Boston, MA 02110 | |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                           Boston, Massachusetts
                                                            April 18, 2005

    I, ROBERT E. RICHARDSON, hereby certify that I have caused a true copy of the foregoing to be served by electronic filing on J. Martin Richey, Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

                                                            /s/Robert E. Richardson
                                                            ROBERT E. RICHARDSON
                                                            Assistant U.S. Attorney