UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO.04-10306 PBS

TREVOR CHARLTON
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 19, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: October 6, 2004, through November 3, 2004 (28 days); November 17, 2004, through February 10, 2004 (84 days); and February 10, 2005, through April 11, 2005 (60 days), for a total of one hundred and seventy-two (172) days as of April 29, 2005. The time period from November 3, 2004, through November 17, 2004 (14 days), has not been excluded.
   (b) The total amount of time to proceed to trial is fifty-six (56) days;
   (c) There may be dispositive motions to filed that would cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant;

7. (a) There is an anticipated motion to suppress which will require a ruling by the District Judge before trial;

(b) A briefing schedule has been established;

8. There is no need for scheduling a hearing on any matter before the District Judge except trial hearing on motion to suppress statements;

9. Resolution of case without trial is unlikely;

10. Trial is necessary. The estimated duration of trial is one (1) week;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file all dispositive motions on or before **April 290, 2005** and the government's response shall be due on or before **May 13, 2005.** Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

<u>April 26, 2005</u>    <u>/S/ Rex Brown    </u>
Date    Courtroom Clerk
    (617) 748-9238