UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                         CRIMINAL ACTION
                         NO.   04-10306-PBS

v.

TREVOR CHARLTON

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                               April 27, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **May 13, 2005**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                  By the Court,

                                                             /s/ Robert C. Alba
                                                            Deputy Clerk

Copies to:  All Counsel