# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

<u>AFFIDAVIT OF TREVOR CHARLTON</u>

    I, Trevor Charlton, state that the following is accurate to the best of my knowledge and belief:

    1.   I am the defendant in the above-referenced matter.

    2.   I was standing outside 37 Ellsworth Street, Brockton, Massachusetts on the evening of July 25, 2004, when Brockton police officers arrived.

    3.   The officers told me and the others outside 37 Ellsworth Street to place our hands on our heads and move to or remain on the sidewalk.

    4.   The officers then placed handcuffs on us.

    5.   Some time after I was placed in handcuffs, an officer approached the porch at 37 Ellsworth Street and picked up a shirt that was lying there.

    6.   I was not advised of my <u>Miranda</u> rights at the time of my arrest, or while I was in the cruiser that eventually took me to the police station.

7.  I was advised of my <u>Miranda</u> rights during the booking process at the Brockton police station.

Signed under penalty of perjury.

_____
Trevor Charlton                           Date