UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

DEFENDANT'S MOTION TO SUBMIT
<u>UNSIGNED AFFIDAVIT OF DEFENDANT</u>

  Defendant, Trevor Charlton, moves this Court to allow him to submit as Exhibit A to his Motion to Suppress Statements an unsigned affidavit of defendant, and to substitute the unsigned copy with a signed original as soon as reasonably possible.

  As grounds for this motion, undersigned counsel has conferred with defendant about the contents of the affidavit, but has been unable to obtain a signed copy of the affidavit prior to today.

            TREVOR CHARLTON
            By his attorney,

            /s/J. Martin Richey

            J. Martin Richey
             BBO# 559902
            Federal Defender Office
            408 Atlantic Ave., 3rd Floor
            Boston, MA  02210
            Tel: 617-223-8061

May 2, 2005