UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
MOTION TO SUPPRESS ONE DAY LATE

Defendant, Trevor Charlton, respectfully moves this Court to allow him to file his Motion to Suppress one day late. As grounds for this motion, undersigned counsel, because of the press of other matters, was unable to file the motion by the close of business on Friday, April 29, 2005 (the date the motion was scheduled to be filed).

TREVOR CHARLTON
By his attorney,

/s/ J. Martin Richey

J. Martin Richey
   B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

May 2, 2005