UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10306-PBS |
| v. | |
| TREVOR CHARLTON | |

### NOTICE OF RESCHEDULED INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                          May 6, 2005

     The Initial Pretrial Conference previously scheduled for May 13, 2005, at 3:30 p.m. has been **rescheduled** to **May 13, 2005, at 11:00 a.m.**

**NOTE: Change is to time only.**

                             By the Court,

                              /s/ Robert C. Alba
                             Deputy  Clerk

Copies to:  All Counsel

resched.ntc