# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number:    04-10306-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

May 13, 2005
Date                        Signature

/s/Robert E. Richardson     558489
Print Name                     Bar Number

U.S. Attorney's Office, 1 Courthouse Way
Address

Boston            MA    02210
City                State        Zip Code

617-748-3247      617-748-3951
Phone Number               Fax Number