UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Plymouth County Correctional Facility.

YOU ARE COMMANDED to have the body of Trevor Charlton* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on June 10, 2005, at 9:00 a.m. for the purpose of an Evidentiary Hearing in the case of United States of America V. Trevor Charlton, CR Number 04-10306-PBS. And you are to retain the body of said Trevor Charlton while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Trevor Charlton to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 23dr day of May, 2005.

* D.O.B unknown
  SS# unknown


PATTI B. SARIS
United States District Judge

                                    Sarah Thornton, Clerk


                                    By: /s/ Robert C. Alba
                    SEAL                Deputy Clerk