AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

UNITED STATES

v.

Trevor Charlton

EXHIBIT ~~[redacted]~~ LIST

Case Number: 04-CR-10306-PBS

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>Patti B. Saris | | | PLAINTIFF'S ATTORNEY<br>Rob Richardson | | DEFENDANT'S ATTORNEY<br>Martin Rahey  Kathy Byrne |
| TRIAL DATE (S) 6-10-05, ~~6/21/05~~<br>6-22-05 | | | COURT REPORTER Nancy Eaton<br>~~Marie Cloonan~~ | | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6-10-05 | | ✓ | Report of Officer Michael Scanlon |
| 2 | | 6-10-05 | | ✓ | Photograph of white shirt |
| 3 | | 6-10-05 | | ✓ | Report of Officer David Deluhey |
| 4 | ⊕ | 6-10-05 | | ✓ | Supplemental Report of Richard Linehan |
| 5 | | 6-10-05 | | ✓ | Brockton Police Booking Report - Trevor Charlton |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages