AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

UNITED STATES
v.
TREVOR CHARLTON

WITNESS LIST

Case Number: 04-CR-10306-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Rob Richardson | Martin Richey  Kathy Byrne |
| TRIAL DATE(S) 6-10-05, 6-22-05 | COURT REPORTER Nancy Eaton ~~Marie Cloonan~~ | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 6-10-05 |   |   | MICHAEL SCANLON - BROCKTON P.D. |
| 2 |   | 6-10-05 |   |   | DAVID DELEHOY - BROCKTON P.D. |
| 3 |   | 6-10-05 |   |   | RICHARD LINEHAN - BROCKTON P.D. |
| 4 |   | 6-10-05 |   |   | JAMES SMITH - BROCKTON P.D. |
| 5 |   | 6-22-05 |   |   | ERIK HILLIARD - BROCKTON P.D. |
|   | 1 | 6-22-05 |   |   | MICHAEL CESARINI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages