UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10306-PBS

v.

TREVOR CHARLTON

### NOTICE OF STATUS HEARING

SARIS, U.S.D.J.                                                                                    October 28, 2005

    Please take notice that a **Status Hearing** re Motion to Continue Trial has been scheduled for **November 9, 2005, at 2:30 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts**.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel