**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

FILED
CLERK'S OFFICE

2005 NOV 14  P 4: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 12, 2005

<u>Via facsimile</u>
Robert E. Richardson, AUSA
United States Attorney's Office
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA  02210

    Re:    <u>United States v. Trevor Charlton</u>
           Criminal No. 04-10306-PBS

Dear Attorney Richardson:

    I would like to arrange to view all of the physical evidence in this case, including but not limited to the evidence held at the state lab (sweatshirt; knife) as soon as is practically possible. Please contact me to arrange this once you have an idea of the logistics involved.

                       Sincerely,

                       J. Martin Richey

cc:    Clerk's Office, United States District Court