**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

February 1, 2006

Robert E. Richardson, AUSA
United States Attorney's Office
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA  02210

      Re:    United States v. Trevor Charlton
                 Criminal No. 04-10306-PBS

Dear Mr. Richardson:

     I noticed on the "Case jacket for 04-07299" form that I received on Friday that the magazine and ammunition in the Charlton case were tested for fingerprints. Presumably a report exists similar to that which you sent yesterday concerning the knife.

     Please consider this a request for such report, and any and all documents (including bench notes, photographs, etc) related to any fingerprint testing performed or attempted in this case, regardless of whether or not any latent prints were recovered.

                                 Sincerely,

                                 J. Martin Richey

cc:    Clerk's Office, United States District Court