```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 04-10306-PBS
                              )
TREVOR CHARLTON               )
```

## DEFENDANT'S MOTION FOR JUROR QUESTIONNAIRE

Defendant respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that in an effort to insure a fair and impartial jury, this Court allow the use of the attached juror questionnaire. The questionnaire consists of two questions designed to identify racial bias. (Exhibit A).

The questionnaire procedure is simple and works as follows: The jury administrator distributes the questionnaire to members of the jury pool, and the jurors complete the questionnaire privately in the jury assembly room. The juror's number is placed at the top of the questionnaire. When the venire is brought into the courtroom, the questionnaires are collected and reviewed by counsel and the Court. Jurors who have answered the questionnaire in a way which disqualifies them may be immediately dismissed by the Court. (The questionnaire actually saves time because all jurors who express racial bias can be eliminated immediately, obviating the need to discuss this issue at sidebar).

As grounds for this motion, defendant states as follows:

    1.   The defendant is black.

    2.   Jurors are less likely to admit racial bias when they know they will be required to discuss their answers with the judge and counsel at sidebar (as is the case when the Court asks the question, among others, in the courtroom).

    3.   Jurors are more likely to be honest when they are filling out a questionnaire privately. See affidavit of undersigned counsel. (Exhibit B).

                                    TREVOR CHARLTON
                                    By his attorneys,


                                    /s/ J. Martin Richey
                                    J. Martin Richey
                                        B.B.O. # 559902

                                    /s/ Catherine K. Byrne
                                    Catherine K. Byrne
                                        B.B.O. #543838


                                  Federal Defender Office
                                  408 Atlantic Avenue, 3rd Floor
                                  Boston, MA  02110
                                  Tel: 617-223-8061

Date: February 27, 2006