UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10306-PBS |
| ) | |
| **TREVOR CHARLTON** ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTIONS FOR VIEW**

The defendant has moved to have the jury view 37 Ellsworth Street in Brockton, the location at which the firearm was recovered. It is the government's understanding that the outside of that building is different in certain respects from its appearance on July 25, 2004. In addition, the government believes that testimony and photographs can adequately describe the premises in material respects and can adequately place in context the officers' testimony without devoting the time, expense, and disruption inherent in a jury view of a location at some considerable remove from the Courthouse.

**CONCLUSION**

For the foregoing reasons, this Court should deny the defendant's motion for a view.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                      By:  /S/Robert E. Richardson
                          ROBERT E. RICHARDSON
                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2006.

                                              /s/Robert E. Richardson
                                              ROBERT E. RICHARDSON