**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  )<br>          v.                                         )   CRIMINAL NO. 04-10306-PBS<br>                                                   )<br>**TREVOR CHARLTON**                  ) | |

**STIPULATION**

The parties hereby stipulate and agree as follows:

1. The parties stipulate and agree that, prior to July 25, 2004, the defendant Trevor Charlton was convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

```
TREVOR CHARLTON                          UNITED STATES OF AMERICA
By his attorney,                         By its attorneys,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney
                      By:

_____             _____
J. MARTIN RICHEY                         ROBERT E. RICHARDSON
                                         Assistant U.S. Attorney


_____
TREVOR CHARLTON
```