UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 04-10306-PBS
                              )
TREVOR CHARLTON               )
```

<u>DEFENDANT'S WITNESS LIST</u>

 Defendant, Trevor Charlton, may call the following witnesses at trial:

 1. Those witnesses the government has indicated that it may call, specifically:

```
David Delahoy (Brockton Police Department)
Erik Hilliard (Brockton Police Department)
Richard Linehan (Brockton Police Department)
Michael Scanlon (Brockton Police Department)
Michael Cessarini (Brockton Police Department)
Thomas Hyland (Brockton Police Department)
Patrick Donahue (Brockton Police Department)
James Smith (Brockton Police Department)
Samuel Carde (Brockton Police Department)
Stephen Bennett (Massachusetts State Police)
Steven Walsh (Massachusetts State Police)
Ching Szeto (Massachusetts State Police)
Erica Plais (Massachusetts State Police)
Lynn Sarty (Massachusetts State Police)
M. DiGravio (Marshfield Police Department)
Amber Moss (Cellmark)
Judith Floyd (Cellmark)
Angelo Thurman (ATF)
Philip Ball (ATF)
Lisa M. Sanders
Lilliana Gomes
```

2.   In addition, defendant may call:

Efrain Vargas (Brockton Police Department)
J. J. Arroyo (Massachusetts State Police)
Hon. Marianne Hinkle (former Assistant U.S. Attorney)

         TREVOR CHARLTON
         By his attorneys,

         /s/ J. Martin Richey
         J. Martin Richey
          B.B.O. # 559902

         /s/ Catherine K. Byrne
         Catherine K. Byrne
          B.B.O. #543838

         Federal Defender Office
         408 Atlantic Ave., 3rd Floor
         Boston, MA  02210
         Tel: 617-223-8061

<u>Certificate of Service</u>

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

         /s/ J. Martin Richey
         J. Martin Richey