UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TREVOR CHARLTON ) | CRIMINAL NO. 04-10306-PBS |

DEFENDANT'S EXHIBIT LIST

Defendant, Trevor Charlton, may introduce the following exhibits at trial:

1. Documents related to the conviction in <u>Commonwealth v. Paul Roberson</u>, 0215 CR 002995.

2. Documents related to the conviction in <u>Commonwealth v. Steve Saint Louis</u>, 0515 CR 003088.

                                        TREVOR CHARLTON
                                        By his attorneys,

                                        /s/ J. Martin Richey
                                        J. Martin Richey
                                            B.B.O. # 559902

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne
                                            B.B.O. #543838

                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061

                            Certificate of Service

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

                                        /s/ J. Martin Richey
                                        J. Martin Richey