```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**       )
                                   )
      v.                           )       CRIMINAL NO. 04-10306-PBS
                                   )
**TREVOR CHARLTON**                )

### GOVERNMENT'S EXHIBIT LIST

The United States respectfully submits herewith its list of expected exhibits. The United States reserves the right to amend or supplement this list.

1. Star 9mm semi-automatic pistol bearing serial number 1878329.

2. Manilla envelope with five rounds of 9mm ammunition.

2A. Small white envelope.

3. Firearm magazine.

4. Large manilla evidence envelope.

5. Manilla evidence envelope with knife.

6. White evidence box for knife.

7. Evidence bag with short-sleeved Timberland sweatshirt.

8. Evidence bag with white "dew rag".

9. Evidence bag with white skull cap.

10. Large paper evidence bag.

11. Photographs taken at 37 Ellsworth Street.

12. Photographs taken at 83 Forest Avenue.

13. Photographs of Pedro Andrade.

14. Photographs of firearm, magazine, and ammunition.

15. Photograph of blood swab carton.

16. DNA "snippets".

17. Table setting forth results of DNA analysis.

18. Table setting forth statistical analysis.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

          By:

                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

    I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 11, 2006.

                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON