UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10306-PBS |
| ) | |
| TREVOR CHARLTON ) | |

<u>DEFENDANT'S MODIFIED REQUEST FOR REASONABLE DOUBT INSTRUCTION</u>

Defendant respectfully requests that the court's Proposed Jury Instruction on Reasonable Doubt be modified. The court in Instruction No. 14 - Reasonable Doubt has included the sentence:

> Reasonable doubt is a doubt based on reason and common sense.

Defendant requests that the court change this sentence to the following:

> Reasonable doubt exists when, after weighing and considering all of the evidence, using reason and common sense, jurors cannot say that they have a settled conviction of the truth of the charge.
>
> <u>United States v. Cleveland</u>, 106 F.3d 1056, 1062 (1st Cir. 1998).

This language has been cited with approval by the First Circuit. <u>Id</u>.; <u>see</u> <u>also</u> <u>United States v. O'Shea</u>, 426 F.3d 475, 482 (1st Cir. 2005); <u>United States v. Woodward</u>, 149 F.3d 46, 69 (1st Cir. 1998); Modern Federal Jury Instructions, 2005 Edition, First Circuit Pattern Jury Instructions (Criminal Cases), § 3.02, comment 4.

                TREVOR CHARLTON
                By his attorneys,


                /s/ J. Martin Richey
                J. Martin Richey
                  B.B.O. # 559902

                /s/ Catherine K. Byrne
                Catherine K. Byrne
                  B.B.O. #543838


                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061



                CERTIFICATE OF SERVICE

_____I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney Robert E. Richardson, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2006.

                                      /s/Catherine K. Byrne
                                      Catherine K. Byrne

Case 1:04-cr-10306-PBS    Document 67    Filed 03/15/2006    Page 3 of 3