UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10306-PBS |
| | ) |
| TREVOR CHARLTON | ) |

DEFENDANT'S MOTION TO SEAL AND IMPOUND
EX-PARTE AFFIDAVIT OF DEFENSE COUNSEL

Pursuant to Local Rule 7.2, defendant respectfully moves that the Court seal and impound the attached Ex-Parte Affidavit of Defense Counsel. Defendant further moves that the motion remain impounded until further order of this Court.

TREVOR CHARLTON
By his attorney,

J. Martin Richey
B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Robert E. Richardson by delivery on March 14, 2006.

J. Martin Richey

3/15/06 Allowed  Saris, DJ.
By the Court, [signature], Deputy Clerk