UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

DEFENDANT'S MOTION TO SEAL AND IMPOUND
DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE

Pursuant to Local Rule 7.2, defendant respectfully moves that the Court seal and impound the attached Defendant's Response to Government's Motion in Limine. As grounds, the motion referes to juvenile adjudications of a witness. Defendant further moves that the motion remain impounded until further order of this Court.

TREVOR CHARLTON
By his attorney,

/s/ Martin Richey
J. Martin Richey
B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Robert E. Richardson by delivery on March 14, 2006.

/s/ Martin Richey
J. Martin Richey