AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

United States of America
V.
Trevor Charlton

**EXHIBIT** ~~~~~~~ **LIST**

Case Number: 04-CR-10306-PBS   PAGE 1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Robert Richardson | Martin Richey, Catherine Byrne |
| TRIAL DATE (S) 3-13, 3-14, 3-15, 3-16, 3-17, 3-20 | COURT REPORTER  Valerie O'Hara | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | 3/14/06 | | ✓ | KNIFE RECOVERED FROM TREVOR CHARLTON |
| 1 | | 3/14/06 | ✓ | ✓ | FIRE ARM - STAR, SEMI AUTOMATIC |
| 3 | | 3/14/06 | ✓ | ✓ | MAGAZINE FROM FIREARM EX. 1 |
| | 1 | 3/14/06 | | ✓ | BOOKING SHEET - TREVOR CHARLTON |
| | 2 | 3/14/06 | | ✓ | WAIVER OF MIRANDA RIGHTS FORM - BROCKTON POLICE DEPT |
| 4 | | 3/14/06 | | ✓ | BROCKTON POLICE EVIDENCE ENVELOPE |
| 2 | | 3/14/06 | | ✓ | 9 mm AMMUNITION |
| | 3 | 3/14/06 | | ✓ | PHOTOGRAPH OF 37 ELLSWORTH ST - FRONT VIEW |
| | 4 | 3/14/06 | | ✓ | PHOTOGRAPH OF 37 ELLSWORTH ST - ANGLE VIEW |
| 13A | | 3/14/06 | | ✓ | PHOTOGRAPH OF VICTIM - PEDRO ANDRADE |
| 13B | | 3/14/06 | | ✓ | PHOTOGRAPH OF WOUND ON VICTIM |
| 15 | | 3/14/06 | | ✓ | BOX CONTAINING DNA SWABBINGS |
| 11A | | 3/14/06 | | ✓ | PHOTO FRONT OF 37 ELLSWORTH ST |
| 11B | | 3/14/06 | | ✓ | PHOTO OF CLOTHING FOUND AT 37 ELLSWORTH ST |
| 11C | | 3/14/06 | | ✓ | PHOTO OF SWEATSHIRT |
| 11D | | 3/14/06 | | ✓ | PHOTO OF HEADWEAR |
| 11E | | 3/14/06 | | ✓ | PHOTO OF HEADWEAR |
| 7 | | 3/14/06 | | ✓ | PAPER BAG AND SWEATSHIRT |
| 8 | | 3/14/06 | | ✓ | PAPER BAG ~~USED FOR~~ AND DO-RAG |
| 9 | | 3/14/06 | | ✓ | PAPER BAG |
| | 5 | 3/14/06 | | ✓ | PHOTO OF GUN (GOVT EX 1) |
| | 6 | 3/14/06 | | ✓ | PLYMOUTH COUNTY SHERIFF'S DEPT - EVIDENCE TRANSFER FORM |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT** ~~~~~~~~~~ **LIST – CONTINUATION**   PAGE 2

| United States of America | vs. | Trevor Charlton | CASE NO. 04-CR-10306-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17A | | 3/15 | | ✓ | PHOTO OF T-SHIRT WITH STAINS |
| 17B | | 3/15 | | ✓ | PHOTO OF TUBE CONTAINING STAIN FROM SHIRT |
| 16 | | 3/16 | | ✓ | TABLE OF DNA RESULTS |
| 18 | | 3/16 | | ✓ | STIPULATION OF THE PARTIES |

Page _____ of _____ Pages