AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

United States of America
V.
Trevor Charlton

 WITNESS LIST

Case Number: 04-CR-10306-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Robert Richardson | Martin Richey, Catherine Byrne |
| TRIAL DATE (S) 3-13, 3-14, 3-15, 3-16, 3-17, 3-20 | COURT REPORTER Valerie O'Hara | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3-14 | | | RICHARD LINEHAN |
| 2 | | 3-14 | | | ERIK HILLIARD |
| 3 | | 3-14 | | | CHING SZETO |
| 4 | | 3-14 | | | MICHAEL DI GRAVIO |
| 5 | | 3-14 / 3-15 | | | DAVID DELEHOY |
| 6 | | 3-15 | | | PHILIP BALL |
| 7 | | 3-15 | | | STEPHEN WALSH |
| 8 | | 3-15 | | | STEVEN BENNETT |
| 9 | | 3-15 | | | ERICA BLAIS |
| 10 | | 3-15 | | | LYNNE SARTY |
| 11 | | 3-16 | | | AMBER MOSS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages