```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
      v.                      )   CRIMINAL NO. 04-10306-PBS
                              )
TREVOR CHARLTON               )
```

## NOTICE OF APPEAL

Notice is hereby given that Trevor Charlton, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the order of the district court entered this date denying his Motion to Dismiss Indictment.

```
                         TREVOR CHARLTON
                         By his attorneys,


                         /s/ Catherine K. Byrne
                         Catherine K. Byrne
                            B.B.O. #543838

                         /s/ J. Martin Richey
                         J. Martin Richey
                            B.B.O. #559902

                         Federal Defender Office
                         408 Atlantic Ave., 3rd Floor
                         Boston, MA  02210
                         Tel: 617-223-8061
```

June 12, 2006