# United States Court of Appeals
## For the First Circuit



No. 06-2256

UNITED STATES OF AMERICA,

Appellee,

v.

TREVOR CHARLTON,

Defendant, Appellant.

---

**JUDGMENT**

Entered: August 10, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of a new trial is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Deputy Clerk

Date: 9/5/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Catherine K. Byrne, Esq., Michael J. Sullivan, Esq., Dina Michael Chaitowitz, Esq., Martin Richey, Esq., Judith H. Mizner, Esq. and Robert E. Richardson, Esq.]