```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
                              )
         v.                   )  CRIMINAL NO. 04-10306-PBS
                              )
                              )
TREVOR CHARLTON               )
```

NOTICE OF APPEARANCE

Undersigned counsel, Stylianus Sinnis, hereby files his appearance on behalf of defendant Trevor Charlton.

```
                              TREVOR CHARLTON
                              By his attorney,


                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
                                 B.B.O. #560148
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on September 7, 2007.

```
                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
```