UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
USE OF THE TERMS "FELON" OR "FELONY"

Defendant hereby respectfully moves that the Court order that the terms "felon" or "felony" not be used during the course of defendant's trial.  (The Court may recall granting a similar request by defendant during a previous felon-in-possession case).

As grounds for this motion, the statute with which defendant is charged, 18 U.S.C. § 922(g)(1), does not use the terms "felon" or "felony," but rather employs the phrase "crime punishable by imprisonment for a term exceeding one year."  The use of the terms "felon" and "felony" causes obvious and substantial undue prejudice.

                                    TREVOR CHARLTON
                                    By his attorneys,

                                    /s/ Catherine K. Byrne
                                    Catherine K. Byrne
                                       B.B.O. #543838

                                    /s/ Stylianus Sinnis
                                    Stylianus Sinnis
                                       B.B.O. # 560148
                                    Federal Defender Office
                                    408 Atlantic Ave., 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061

<u>Certificate of Service</u>

    I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 24, 2007.

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne