**EXHIBIT A**

Juror Number \_\_\_\_\_

<u>General Instructions for Completing Questionnaire</u>

\_\_\_\_\_This questionnaire is being used to assist in jury selection in the case of <u>United States of America v. Trevor Charlton</u>. Mr. Charlton is a black man.

Please answer both questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful. You have no legal obligation to like or feel comfortable with a black person but you do have an obligation to tell the court your feelings candidly and accurately.

1. You have no legal obligation to like or feel comfortable with a black person but you do have an obligation to tell the court your feelings candidly and accurately. Do you have any feelings or opinions about black people that would cause you to question your ability to be impartial in evaluating the evidence in this case? _____

_____

2. Do you believe that black men are more likely than members of other races to commit crimes? _____

_____