UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>TREVOR CHARLTON                    )<br>) | Criminal No. 04-10306-PBS |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to the South Middlesex Correctional Center, in Framingham, Massachusetts, for the purpose of securing **LISA SANDERS** to testify in the trial before United States District Judge Patti B. Saris in the above-captioned case on November 6, 2007 at 9:00 a.m. In support of this petition, the government states that:

1. That **LISA SANDERS** is presently confined at South Middlesex Correctional Center and will be so confined on November 6, 2007.

2. That **LISA SANDERS** has been called to be a witness in the trial in the above-captioned case.

3. That **LISA SANDERS** is due to appear before United States District Judge Patti B. Saris for this purpose on November 6, 2007 at 9:00 a.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at South Middlesex Correctional Facility, and to any other person having custody and control of **LISA SANDERS**, commanding them to produce **LISA SANDERS** before United States

District Judge Patti B. Saris at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on November 6, 2007 at 9:00 a.m.

                                                       Respectfully submitted,

                                                       Michael J. Sullivan
                                                       United States Attorney

                             By:

                                                       /S/ Robert E. Richardson
                                                       ROBERT E. RICHARDSON
                                                       Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES DISTRICT JUDGE

Dated: