UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10306-PBS |
| ) | |
| **TREVOR CHARLTON** ) | |

### GOVERNMENT'S WITNESS LIST

The government respectfully submits its list of potential witnesses for the trial of the within matter. The government reserves the right to supplement this list depending on developments at trial.

    David Delahoy, Brockton Police Department
    Erik Hilliard, Brockton Police Department
    Richard Linehan, Brockton Police Department
    Michael Scanlon, Brockton Police Department
    Michael Cessarini, Brockton Police Department
    Thomas Hyland, Brockton Police Department
    Patrick Donahue, Brockton Police Department
    James Smith, Brockton Police Department
    Samuel Carde, Brockton Police Department
    Lt. McCabe, Brockton Police Department
    Efrain Vargas, Brockton Police Department
    Lisa Sanders, Brockton, MA
    Lilliana Gomes, Brockton, MA
    Stephen Bennett, Mass. State Police (CSSS)
    Steven Walsh, Mass. State Police (Ballistics)
    Ching Szeto, Mass. State Police (formerly CSSS)
    Erica Blais, Mass. State Police (DNA Unit)
    Lynne Sarty, Mass. State Police laboratory
    Michael DiGravio, Marshfield Police Dept. (formerly BCI)
    Amber Moss, Orchid Cellmark
    Judith Floyd, Orchid Cellmark
    Philip Ball, ATF

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


By:
          /s/Robert E. Richardson
          ROBERT E. RICHARDSON
          Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

 I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 29, 2007.

          /s/Robert E. Richardson
          ROBERT E. RICHARDSON