```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**      )
                                  )
    v.                              )   CRIMINAL NO. 04-10306-PBS
                                  )
**TREVOR CHARLTON**               )

## GOVERNMENT'S WITNESS LIST

The government respectfully submits its list of potential witnesses for the trial of the within matter.  The government reserves the right to supplement this list depending on developments at trial.

```
David Delahoy, Brockton Police Department
Erik Hilliard, Brockton Police Department
Richard Linehan, Brockton Police Department
Michael Scanlon, Brockton Police Department
Michael Cessarini, Brockton Police Department
Thomas Hyland, Brockton Police Department
Patrick Donahue, Brockton Police Department
James Smith, Brockton Police Department
Samuel Carde, Brockton Police Department
Lt. McCabe, Brockton Police Department
Efrain Vargas, Brockton Police Department
Lisa Sanders, Brockton, MA
Lilliana Gomes, Brockton, MA
Stephen Bennett, Mass. State Police (CSSS)
Steven Walsh, Mass. State Police (Ballistics)
Ching Szeto, Mass. State Police (formerly CSSS)
Erica Blais, Mass. State Police (DNA Unit)
Lynne Sarty, Mass. State Police laboratory
Michael DiGravio, Marshfield Police Dept. (formerly BCI)
Rick Staub, Orchid Cellmark
Philip Ball, ATF
```

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                              By:
                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2007.

```
                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON
```