UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  ) | |
| v. ) | CRIMINAL NO. 04-10306-PBS |
| ) TREVOR CHARLTON ) | |

DEFENDANT'S MOTION FOR
TRAVEL EXPENSES FOR OUT-OF-STATE WITNESS

Defendant, Trevor Charlton, respectfully moves, pursuant to Fed. R. Crim. P. 17(b), that this Court order the United States Marshals Service to provide airfare and other travel expenses, including lodging and meals, for Jerial Wilson, for his attendance and testimony at the trial scheduled for December 3, 2007. Mr. Wilson requires airfare from out of state to Boston, Massachusetts. As grounds for this motion, defendant states that the appearance of this witness is necessary to the defense of this case and that defendant has been found to be indigent in this matter.

WHEREFORE, defendant requests that the Court issue an order requiring the United States Marshals Service to provide Mr. Jerial Wilson with airfare along with lodging and meal expenses so that he may appear and testify at the trial.

```
                              TREVOR CHARLTON
                              By his attorneys,

                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
                                 B.B.O. # 543838

                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
                                 B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

<u>Certificate of Service</u>

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2007.

```
                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
```