UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

<u>ORDER</u>

Upon consideration of Defendant's Motion For Travel Expenses For Out-Of-State Witness and find good cause shown, it is this _____ day of November, 2007 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the United States Marshals Service provide airfare travel expenses for Jerial Wilson from out of state to Boston, Massachusetts, and it is further

ORDERED that the United States Marshals Service provide other travel expenses, including lodging and meals, for the above individual, and it is further

ORDERED that the above orders be carried out to ensure that the individual is present in Boston, Massachusetts and available to testify at a trial to be held on December 3, 2007.  This witness needs to be present to testify at 9:00 AM on December 5, 2007.

_____
Judge Patti B. Saris