UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10306-PBS |
| ) | |
| TREVOR CHARLTON ) | |

<u>DEFENDANT'S EXHIBIT LIST</u>

Defendant, Trevor Charlton, may introduce the following exhibits at trial:

1. Documents related to the conviction in <u>Commonwealth v. Paul Roberson</u>, 0215 CR 002995.

2. Documents related to the conviction in <u>Commonwealth v. Steve Saint Louis</u>, 0515 CR 003088.

3. Brockton Police Department Miranda Rights form.

4. Photographs of 37 Ellsworth Street Brockton.

5. Photographs of evidence that have been provided in discovery by the government.

    TREVOR CHARLTON
    By his attorneys,

    /s/ Catherine K. Byrne
    Catherine K. Byrne
      B.B.O. # 543838

    /s/ Stylianus Sinnis
    Stylianus Sinnis
      B.B.O. # 560148
    Federal Defender Office
    408 Atlantic Ave., 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

<u>Certificate of Service</u>

    I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2007.

                                          /s/ Catherine K. Byrne
                                          Catherine K. Byrne