```
                   UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 04-10306-PBS
                              )
TREVOR CHARLTON               )
```

### DEFENDANT'S WITNESS LIST

Defendant, Trevor Charlton, may call the following witnesses at trial:

1. Those witnesses the government has indicated that it may call, specifically:

```
David Delahoy (Brockton Police Department)
Erik Hilliard (Brockton Police Department)
Richard Linehan (Brockton Police Department)
Michael Scanlon (Brockton Police Department)
Michael Cessarini (Brockton Police Department)
Thomas Hyland (Brockton Police Department)
Patrick Donahue (Brockton Police Department)
James Smith (Brockton Police Department)
Samuel Carde (Brockton Police Department)
Stephen Bennett (Massachusetts State Police)
Steven Walsh (Massachusetts State Police)
Ching Szeto (Massachusetts State Police)
Erica Plais (Massachusetts State Police)
Lynn Sarty (Massachusetts State Police)
M. DiGravio (Marshfield Police Department)
Amber Moss (Cellmark)
Judith Floyd (Cellmark)
Angelo Thurman (ATF)
Philip Ball (ATF)
Lisa M. Sanders
Lilliana Gomes
```

2.   In addition, defendant may call:

Efrain Vargas (Brockton Police Department)
J. J. Arroyo (Massachusetts State Police)
Hon. Marianne Hinkle (former Assistant U.S. Attorney)
Kevin Rickel (Federal Defender Office)
Winfred Meadows (Federal Defender Office)
Jerial Wilson

                                        TREVOR CHARLTON
                                        By his attorneys,

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne
                                            B.B.O. # 543838

                                        /s/ Stylianus Sinnis
                                        Stylianus Sinnis
                                            B.B.O. # 560148
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

<u>Certificate of Service</u>

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2007.

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne