UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10306-PBS |
| ) | |
| TREVOR CHARLTON ) | |

<u>DEFENDANT'S SUPPLEMENTAL WITNESS LIST</u>

Defendant, Trevor Charlton, may call the following witness at trial:

    Danyia Simpson

    TREVOR CHARLTON
    By his attorneys,

    /s/ Catherine K. Byrne
    Catherine K. Byrne
      B.B.O. # 543838

    /s/ Stylianus Sinnis
    Stylianus Sinnis
      B.B.O. # 560148
    Federal Defender Office
    408 Atlantic Ave., 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

<u>Certificate of Service</u>

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2007.

    /s/ Catherine K. Byrne
    Catherine K. Byrne