```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**       )
                                   )
      v.                          )       CRIMINAL NO. 04-10306-PBS
                                   )
**TREVOR CHARLTON**                )

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States respectfully submits herewith its list of expected exhibits. The United States reserves the right to amend or supplement this list.

1. Star 9mm semi-automatic pistol bearing serial number 1878329.
2. Manilla envelope with five rounds of 9mm ammunition.
2A. Small white envelope.
3. Firearm magazine.
4. Large manilla evidence envelope.
5. Manilla evidence envelope with knife.
6. White short-sleeved Timberland shirt.
7. Evidence bag with white "doo rag".
8. Evidence bag with white skull cap.
9. Photographs taken at 37 Ellsworth Street.
10. Photographs taken at 83 Forest Avenue.
11. Photographs of Pedro Andrade.
12. Photographs of firearm, magazine, and ammunition.
13. Photograph of blood swab carton.
14. Photographs of sweatshirt and DNA "snippets".
15. Table setting forth results of DNA analysis.

16. Records from Classic Towing for MA registration 17AW23.

18. Registry of Motor Vehicles records for MA registration number 17AW23.

19. Plymouth House of Corrections Pin list and visitor list for Trevor Charlton.

20. Booking Sheet for Trevor Charlton.

21. Stipulation re: prior conviction.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:
        /s/Robert E. Richardson
        ROBERT E. RICHARDSON
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2007.

        /s/Robert E. Richardson
        ROBERT E. RICHARDSON