AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

UNITED STATES
V.
TREVOR CHARLTON

EXHIBIT ▮▮▮▮▮ LIST

Case Number: 04-CR-10306-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Robert Richardson | Byrnem Sinnis |
| TRIAL DATE (S) 12/3/07, 12/5, 12/6, 12/7, 12/10 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 5 |  | 12/5/07 |  | ✓ | MANILLA ENVELOPE WITH KNIFE |
| 1 |  | 12/5/07 |  | ✓ | 9MM PISTOL |
| 2 |  | 12/5/07 |  | ✓ | MANILLA ENVELOPE WITH FIVE ROUNDS OF 9mm AMMUNITION |
| 3 |  | 12/5/07 |  | ✓ | FIREARM MAGAZINE |
|  | 1 | 12/5/07 |  | ✓ | COPY OF CHARLTON BOOKING PHOTO |
|  | 2 | 12/5/07 |  | ✓ | ENLARGED POSTER OF CHARLTON BOOKING PHOTO |
|  | 3 | 12/5/07 |  | ✓ | WAIVER OF MIRANDA RIGHTS FORM - BROCKTON PD |
| 10A |  | 12/5/07 |  | ✓ | PHOTO OF APARTMENT AT 83 FOREST AVE |
| 10A9A |  | 12/5/07 |  | ✓ | PHOTO OF 37 ELLSWORTH STREET |
| 10B |  | 12/5/07 |  | ✓ | PHOTO OF FORD TAURUS |
| 11A |  | 12/5/07 | ✓ |  | PHOTO OF PEDRO ANDRADE |
|  | 5 | 12/5/07 |  | ✓ | PHOTO OF FORD TAURUS |
|  | 4 | 12/5/07 |  | ✓ | PHOTO OF 83 FOREST AVE - DRIVEWAY |
|  | 6 | 12/5/07 |  | ✓ | HAND DRAWN DIAGRAM OF 37 ELLSWORTH STREET |
| 4 |  | 12/5/07 |  | ✓ | LARGE MANILLA ENVELOPE - EVIDENCE |
| 9B |  | 12/5/07 |  | ✓ | PHOTO OF WHITE SWEATSHIRT |
| 9C |  | 12/5/07 |  | ✓ | PHOTO OF WHITE SWEATSHIRT - STAIN |
| 9D |  | 12/5/07 |  | ✓ | PHOTO OF WHITE SWEATSHIRT AND WHITE DO RAG |
| 10C |  | 12/6/07 |  | ✓ | PHOTO OF LICENSE PLATE - BLACK FORD TAURUS |
| 10D |  | 12/6/07 |  | ✓ | PHOTO OF SIDE OF BLACK FORD TAURUS |
| 10E |  | 12/6/07 |  | ✓ | PHOTO OF INTERIOR OF BLACK FORD TAURUS |
| 10F |  | 12/6/07 |  | ✓ | PHOTO OF SIDEWALK W/ BLOOD SPOTS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)  **EXHIBIT** ▬▬▬▬ **LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| United States | | vs. | | Trevor Charlton | CASE NO. 04-CR-10306-PBS |
| 11A | | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – IN HOSPITAL |
| 11B | | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – LEFT ARM |
| 13 | | 12/6/07 | | ✓ | ~~Box containing blood~~ PHOTO OF DESCRIPTION AREA OF BOX CONTAINING BLOOD SAMPLES |
| 6 | | 12/6/07 | | ✓ | SWEATSHIRT |
| 7 | | 12/6/07 | | ✓ | DOO RAG |
| 8 | | 12/6/07 | | ✓ | SKULL CAP |
| 12A | | 12/6/07 | | ✓ | PHOTO OF HANDGUN |
| 12B | | 12/6/07 | | ✓ | PHOTO OF MAGAZINE |
| 12C | | 12/6/07 | | ✓ | PHOTO OF KNIFE |
| | 7 | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – IN HOSPITAL |
| | 8 | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – IN HOSPITAL |
| | 9 | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – ARM |
| | 10 | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – ARM |
| | 11 | 12/6/07 | | ✓ | PHOTO OF PEDRO ANDRADE – ARM |
| | 12 | 12/6/07 | | ✓ | PHOTO OF INTERIOR OF VEHICLE |
| | 13 | 12/6/07 | | ✓ | PHOTO OF INTERIOR OF VEHICLE |
| | 14 | 12/6/07 | | ✓ | PHOTO OF BLOOD SPOTS ON GROUND |
| | 15 | 12/6/07 | | ✓ | PHOTO OF BLOOD SPOTS ON ~~GROUND~~ STAIRS |
| | 16 | 12/6/07 | | ✓ | PHOTO OF BLOOD SPOTS |
| | 17 | 12/6/07 | | ✓ | PHOTO OF BLOOD SPOTS |
| | 18 | 12/6/07 | | ✓ | PHOTO OF BLUE JEAN JACKET |
| | 19 | 12/6/07 | | ✓ | PHOTO OF HANDGUN |
| | 20 | 12/6/07 | | ✓ | PHOTO OF HANDGUN |
| | 21 | 12/6/07 | | ✓ | PHOTO OF HANDGUN |
| | 22 | 12/6/07 | | ✓ | POLICE REPORT OF MICHAEL DIGRAVIO |
| | 23 | 12/6/07 | | ✓ | EVIDENCE REPORT |
| | 24 | 12/6/07 | | ✓ | EVIDENCE TRANSFER SHEET |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)                EXHIBIT ~~~~~~~~~ LIST – CONTINUATION

| | United States | vs. | | Trevor Charlton | CASE NO. 04-CR-10306-PBS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 14 A | | 12/6/07 | | ✓ | PHOTO OF TRANSFER STAINS ON SHIRT |
| 14 B | | 12/6/07 | | ✓ | PHOTO OF TUBES CONTAINING CUTTINGS & SWABBINGS |
| 15 | | 12/6/07 | | ✓ | TABLE – ALLELES DETECTED |
| | 25 | 12/7/07 | | ✓ | ENLARGED PHOTO OF 37 ELLSWORTH STREET |
| 20 | | 12/7/07 | | ✓ | HAND DRAWN SKETCH OF 37 ELLSWORTH STREET BY DAVID DELEHOY |
| 16 | | 12/7/07 | | ✓ | BOOKING SHEET – BROCKTON POLICE – TREVOR CHARLTON |
| 17 | | 12/7/07 | | ✓ | STIPULATION – SIMPSON, TAURUS |
| 18 | | 12/7/07 | | ✓ | STIPULATION – 9mm STAR MODEL 30M |
| 19 | | 12/7/07 | | ✓ | STIPULATION – CHARLTON PRIOR CONVICT |
| | 26 | 12/7/07 | | ✓ | RECORD OF CRIMINAL CASE 0215CR002995 PAUL ROBINSON JR |
| | 27 | 12/7/07 | | ✓ | RECORD OF CRIMINAL CASE 0515CR003088 STEVE SAINTLOUIS |
| | 28 | 12/7/07 | | ✓ | CERTIFICATION OF HOSPITAL REPORT – PEDRO ANDRADE |
| | 29 | 12/7/07 | | ✓ | AGREEMENT BETWEEN WILSON & ATF |
| 21 | | 12/7/07 | | ✓ | ~~PHOTO~~ COPY OF PHOTOGRAPH OF WOMAN |
| 22 | | 12/7/07 | | ✓ | ~~HAND DRAWN CHART OF 37 ELLSWORTH ST BY~~ ~~DAVID DELEHOY~~ |

Page 3 of 3 Pages