AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Massachusetts_____

UNITED STATES
V.
TREVOR CHARLTON

 WITNESS LIST

Case Number: 04-CR-10306-PBS

| PRESIDING JUDGE  Patti B. Saris | PLAINTIFF'S ATTORNEY  Robert Richardson | DEFENDANT'S ATTORNEY  Byrnem Sinnis |
|---|---|---|
| TRIAL DATE (S) 12/3/07, 12/5, 12/6, 12/7, 12/10 | COURT REPORTER  Lee Marzilli | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12-5-07 | | | RICHARD LINEHAN |
| 2 | | 12-5-07 | | | LISA SANDERS |
| 3 | | 12-5-07 | | | ERIK HILLIARD |
| 4 | | 12-6-07 | | | MICHAEL DIGRAVIO |
| 5 | | 12-6-07 | | | LYNNE SALTY |
| 6 | | 12-6-07 | | | CHING SZETO |
| 7 | | 12-6-07 | | | ERICA BLAIS |
| 8 | | 12-6-07 | | | RICK STAUB |
| 9 | | 12-6-07 | | | STEPHEN WALSH |
| 10 | | 12-6-07 | | | STEPHEN BENNETT |
| 11 | | 12-7-07 | | | DAVID DELEHOY |
| | 1 | 12-7-07 | | | MICHAEL CESARINI |
| | 2 | 12-7-07 | | | JERIVAL WILSON |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages