UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TREVOR CHARLTON, )<br>        Defendant. )<br>) | CRIMINAL ACTION NO. 04-10306-PBS |

### VERDICT

Saris, U.S.D.J.

\_\_\_\_\_ Not Guilty          _X_ Guilty

We, the jury, unanimously concur in the above answer.

*Jose A. Nieves Garcia*
JURY FOREPERSON

Dated: 12-10-07

Received 12-10-07 3:50 PM