UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

<u>MOTION TO CONTINUE SENTENCING</u>

Defendant, Trevor Charlton, moves to continue his sentencing, which is presently scheduled for May 13, 2008, until June 9, 2008.  As grounds for this motion, counsel states that she is waiting for the results of a psychological evaluation. Counsel expects to have them within two weeks.  The Probation department has ascertained that defendant, who is 32 years old, is facing a guideline sentence of 235-293 months (19 years 7 months - 24 years 5 months) and a minimum mandatory sentence of 180 months (15 years).  Defense counsel requests that the sentencing be continued in order that the court will be as fully informed about the defendant as possible prior to sentencing.

The government by Assistant United States Attorney Robert Richardson assents to this motion.

> TREVOR CHARLTON
> By his attorneys,
>
> /s/ Catherine K. Byrne
> Catherine K. Byrne
>    B.B.O. # 543838
>
> /s/ Stylianus Sinnis
> Stylianus Sinnis
>    B.B.O. # 560148
> Federal Defender Office
> 408 Atlantic Ave., 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

Certificate of Service

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2008.

> /s/ Catherine K. Byrne
> Catherine K. Byrne