UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

### MEDICAL AND PSYCHOLOGICAL RECORDS **FILED UNDER SEAL** (LEAVE TO FILE GRANTED 6/4/08)

Defendant Trevor Charlton respectfully submits, under seal, the attached medical and psychological records in aid of sentencing.

```
                              TREVOR CHARLTON
                              By his attorney,

                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
                                 B.B.O. # 543838
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

### Certificate of Service

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 4, 2008.

```
                              /s/ Catherine K. Byrne
                              Catherine K. Byrne
```