UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

NOTICE OF APPEAL

Defendant, Trevor Charlton, hereby appeals the judgment and sentence imposed on the above-numbered indictment on June 9, 2008 to the United States Court of Appeals for the First Circuit.

TREVOR CHARLTON
By his attorney,

/s/ Catherine K. Byrne

Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2008.

/s/ Catherine K. Byrne

Catherine K. Byrne