
# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10306

United States of America

v.

Trevor Charlton

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-53, 56, 57, 60-68, 71, 74, 76, 78-133, 135-139 141-148

Sealed Documents 54, 55, 58, 59, 69, 70, 72, 73, 75, 77, 134, 140, 149

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/16/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 26, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/27/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06