APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10306-PBS-1

Case title: USA v. Charlton

Date Filed: 09/29/2004
Date Terminated: 06/11/2008

Assigned to: Judge Patti B. Saris

Appeals court case number: '06-2256'
'First Circuit'

### Defendant (1)

**Trevor Charlton**
*TERMINATED: 06/11/2008*

represented by **J. Martin Richey**
Federal Defender's Office
408 Atlantic Avenue
Third Floor
Boston, MA 02110
617-223-8061
Fax: 617-223-8080
Email: martin_richey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Catherine K. Byrne**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: catherine_byrne@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Stylianus Sinnis**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Suite 328

|  |  |
|---|---|
|  | Boston, MA 02210<br>617-223-8061<br>Fax: 617-223-8080<br>Email: stellio_sinnis@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |
| **Pending Counts** | **Disposition** |
| 18:922(g)(1) Felon in Possession of a Firearm and Ammunition<br>(1) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 204 months. The court makes a recommendation to a facility as close to Massachusetts as possible, and to the 500 hour drug treatment program. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. Upon deportation, defendant is not to return to the United States without prior permission of the US Attorney. The $100.00 Special Assessment is due immediately. |
| **Highest Offense Level (Opening)** |  |
| Felony |  |
| **Terminated Counts** | **Disposition** |
| None |  |
| **Highest Offense Level (Terminated)** |  |
| None |  |
| **Complaints** | **Disposition** |
| None |  |

| **Plaintiff** |  |  |
|---|---|---|
| USA | represented by | **Marianne C. Hinkle**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way |

Suite 9200
Boston, MA 02210
617-748-3177
Fax: 617-748-3992
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Richardson**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3247
Fax: 617-748-3951
Email: robert.richardson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2004 | 1 | INDICTMENT as to Trevor Charlton (1) count(s) 1. (Gawlik, Cathy) (Entered: 09/30/2004) |
| 09/30/2004 | 2 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings as to Trevor Charlton (Gawlik, Cathy) (Entered: 09/30/2004) |
| 09/30/2004 | | Arrest Warrant Issued as to Trevor Charlton. (Gawlik, Cathy) (Entered: 09/30/2004) |
| 10/04/2004 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Trevor Charlton for 10/6/04 at 2:45 p.m. (Brown, Rex) (Entered: 10/04/2004) |
| 10/04/2004 | | Set/Reset Hearings as to Trevor Charlton : Arraignment set for 10/6/2004 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Initial Appearance set for 10/6/2004 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 10/04/2004) |
| 10/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Trevor Charlton held on 10/6/2004. The defendant requests counsel and the federal defender is appointed. Arraignment as to Trevor Charlton (1) Count I held on 10/6/2004. The court states the charges and the government states the maximum penalty. The defendant pleads not guilty. Detention Hearing as to Trevor Charlton held on 10/6/2004. In that the defendant is currently serving a state sentence, the Court will enter an order of detention pursuant "U.s. v. King" and a detention order will be held if and when one becomes nrcessary.. Status Conference set for 11/17/2004 03:15 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 10/07/2004) |

| | | |
|---|---|---|
| 10/06/2004 | 5 | WAIVER of Rights Under Interstate Agreement on Detainers by Trevor Charlton - (Brown, Rex) (Entered: 10/07/2004) |
| 10/07/2004 | 4 | CJA 23 Financial Affidavit by Trevor Charlton (Brown, Rex) (Entered: 10/07/2004) |
| 10/07/2004 | 6 | Judge Joyce London Alexander : ORDER entered 10/6/04 appointing public defender as to Trevor Charlton : Appointment of Attorney J. Martin Richey for Trevor Charlton. (Brown, Rex) Modified on 12/10/2004 (Brown, Rex). (Entered: 10/07/2004) |
| 10/07/2004 | 7 | Judge Joyce London Alexander : ORDER entered ORDER OF DETENTION as to Trevor Charlton (Brown, Rex) (Entered: 10/13/2004) |
| 10/12/2004 | 8 | Arrest Warrant Returned Executed on 10/8/04 as to Trevor Charlton. (Patch, Christine) (Entered: 10/19/2004) |
| 11/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to Trevor Charlton held on 11/17/2004. Order to issue. Final Status Conference set for 1/5/2004 11:15 AM in Courtroom 25 before Magistrate Judge Joyce London Alexander. (Tape #N/A.) (Brown, Rex) (Entered: 11/29/2004) |
| 11/29/2004 | 9 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Initial Status Conference as to Trevor Charlton. Dispositie Motions due by 12/21/2004; wih the government's response due 1/4/05. Final Status Conference set for 1/5/2005 11:15 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 11/29/2004) |
| 12/10/2004 | | Notice of correction to docket made by Court staff. Correction: Docket entry #6 corrected because: Text corrected to read "Order entered appointing public defender" instead of "CJA20" as to Trevor Charlton (Brown, Rex) (Entered: 12/10/2004) |
| 01/03/2005 | 10 | Assented to MOTION to Continue *Motion Filing Date* as to Trevor Charlton. (Richey, J.) (Entered: 01/03/2005) |
| 01/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge Joyce London Alexander :The Final Status Conference is converted to an Interim Status Conference. Interim Status Conference as to Trevor Charlton held on 1/5/2005. Final Status Conference set for 2/10/2005 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 01/05/2005) |
| 01/05/2005 | | Judge Joyce London Alexander : ElectronicORDER entered granting 10 Motion to Continue as to Trevor Charlton (1)to 2/10/05 at 10:00 AM. Substantive motions shall be filed prior to the conference. (Brown, Rex) (Entered: 01/05/2005) |
| 02/08/2005 | 11 | Assented to MOTION to Continue *Final Status Conference and Further Time to File Substantive Motions* as to Trevor Charlton. (Richey, J.) (Entered: 02/08/2005) |
| 02/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London |

| | | |
|---|---|---|
| | | Alexander :Final Status Conference as to Trevor Charlton held on 2/10/2005. Upon oral motion of the parties, the Court continues the matter for further final status conference. Order to issue following further final status conference. Further Final Status Conference set for 4/11/2005 11:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 02/10/2005) |
| 02/10/2005 | | Judge Joyce London Alexander : Electronic ORDER entered. ORAL ORDER as to Trevor Charlton re Status Conference. Upon oral motion of the parties, the Court continues the matter for further final status conference. (Brown, Rex) (Entered: 02/10/2005) |
| 02/10/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting 11 Motion to Continue as to Trevor Charlton (1). Dispositive motions are to be filed on or before April 11, 2005. (Brown, Rex) (Entered: 02/10/2005) |
| 02/10/2005 | 12 | Judge Joyce London Alexander : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Trevor Charlton Time excluded from 2/10/05 until 4/11/05. (Brown, Rex) (Entered: 02/10/2005) |
| 04/07/2005 | 13 | MOTION to Continue *status conference* as to Trevor Charlton. (Richey, J.) (Entered: 04/07/2005) |
| 04/08/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting 13 Motion to Continue as to Trevor Charlton (1); Allowed status conference continued to 4/19/05 @ 10:00am. (Quinn, Thomas) (Entered: 04/08/2005) |
| 04/08/2005 | | Set/Reset Hearings as to Trevor Charlton: Status Conference set for 4/19/2005 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 04/18/2005) |
| 04/18/2005 | 14 | Memorandum regarding Final Status Conference as to Trevor Charlton (Richardson, Robert) (Entered: 04/18/2005) |
| 04/19/2005 | 15 | Assented to MOTION for Excludable Delay from 11/17/04 to 4/29/05 as to Trevor Charltonby USA. (Richardson, Robert) (Entered: 04/19/2005) |
| 04/19/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting 15 Motion to Exclude as to Trevor Charlton (1) (Brown, Rex) (Entered: 04/26/2005) |
| 04/19/2005 | 16 | Judge Joyce London Alexander : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Trevor Charlton Time excluded from 11/17/04 until 2/10/05. Time excluded from 4/11/05 until 4/29/05. (Brown, Rex) (Entered: 04/26/2005) |
| 04/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Final Status Conference as to Trevor Charlton held on 4/19/2005. Order to issue. Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge. (Tape #Digital Recording.) (Brown, Rex) (Entered: 04/26/2005) |
| 04/19/2005 | | Case as to Trevor Charlton no longer referred to Magistrate Judge Joyce |

| | | |
|---|---|---|
| | | London Alexander. (Lovett, Jarrett) (Entered: 01/17/2006) |
| 04/26/2005 | 17 | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Final Status Conference as to Trevor Charlton (Brown, Rex) (Entered: 04/26/2005) |
| 04/27/2005 | 18 | NOTICE OF INITIAL PRETRIAL CONFERENCE as to Trevor Charlton. Initial Pretrial Conference set for 5/13/2005 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/27/2005) |
| 05/02/2005 | 19 | MOTION to Suppress *Evidence* as to Trevor Charlton. (Attachments: # 1 Affidavit of Defendant)(Richey, J.) (Entered: 05/02/2005) |
| 05/02/2005 | 20 | MOTION for Leave to File *Unsigned Affidavit* as to Trevor Charlton. (Richey, J.) (Entered: 05/02/2005) |
| 05/02/2005 | 21 | MOTION for Extension of Time to May 2, 2005 to File Motion to Suppress as to Trevor Charlton. (Richey, J.) (Entered: 05/02/2005) |
| 05/05/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 21 Motion for Extension of Time to File Motion to Suppress One Day Late as to Trevor Charlton (1) (Patch, Christine) (Entered: 05/09/2005) |
| 05/05/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 20 Motion for Leave to File Unsigned Affidavit of Defendant as to Trevor Charlton (1) (Patch, Christine) (Entered: 05/09/2005) |
| 05/06/2005 | | Terminate Hearings as to Trevor Charlton: 5/13/05 at 3:30 p.m. Pretrial conference to be rescheduled. (Alba, Robert) (Entered: 05/06/2005) |
| 05/06/2005 | 22 | NOTICE OF RESCHEDULED INITIAL PRETRIAL CONFERENCE as to Trevor Charlton. The Initial Pretrial Conference previously scheduled for May 13, 2005, at 3:30 p.m. has been rescheduled to May 13, 2005, at 11:00 a.m. NOTE: Change is to time only. (Alba, Robert) (Entered: 05/06/2005) |
| 05/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Initial Pretrial Conference as to Trevor Charlton held on 5/13/2005. Government to file a response to Motion to Suppress by June 3. Evidentiary Hearing on Motion to Suppress set for 6/10/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Catherine Handel.) (Alba, Robert) (Entered: 05/13/2005) |
| 05/13/2005 | 23 | NOTICE OF ATTORNEY APPEARANCE Robert E. Richardson appearing for USA. (Richardson, Robert) (Entered: 05/13/2005) |
| 05/23/2005 | 24 | Writ of Habeas Corpus ad Prosequendum Issued as to Trevor Charlton for Evidentiary Hearing on June 10, 2005, at 9:00 a.m. (Alba, Robert) (Entered: 05/23/2005) |
| 06/03/2005 | 25 | MOTION for Extension of Time to 6/6/05 to File file opposition to defendant's suppression motion as to Trevor Charltonby USA. (Richardson, Robert) (Entered: 06/03/2005) |
| 06/06/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 25 MOTION for Extension of Time to 6/6/05 to File file opposition to defendant's |

| | | |
|---|---|---|
| | | suppression motion as to Trevor Charlton. (Alba, Robert) (Entered: 06/06/2005) |
| 06/06/2005 | 26 | MEMORANDUM in Opposition by USA as to Trevor Charlton re 19 MOTION to Suppress *Evidence* (Richardson, Robert) (Entered: 06/06/2005) |
| 06/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing as to Trevor Charlton held on 6/10/2005. Further Evidentiary Hearing set for 6/22/2005 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Nancy Eaton.) (Alba, Robert) (Entered: 06/10/2005) |
| 06/10/2005 | 27 | Writ of Habeas Corpus ad Prosequendum Issued as to Trevor Charlton for 6/22/05 at 3:30 p.m. for Evidentiary Hearing.(Alba, Robert) (Entered: 06/10/2005) |
| 06/10/2005 | 28 | AFFIDAVIT of Trevor Charlton. (Patch, Christine) (Entered: 06/16/2005) |
| 06/22/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Continued Evidentiary Hearing as to Trevor Charlton held on 6/22/2005. Parties rest. Final Pretrial Conference set for 8/9/2005 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 9/6/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/22/2005) |
| 06/22/2005 | 29 | EXHIBIT LIST for Evidentiary Hearing held on 6/10/05 and 6/22/05 as to Trevor Charlton. (Alba, Robert) (Entered: 06/22/2005) |
| 06/22/2005 | 30 | WITNESS LIST for Evidentiary Hearing held on 6/10/05 and 6/22/05 as to Trevor Charlton. (Alba, Robert) (Entered: 06/22/2005) |
| 06/30/2005 | 31 | TRANSCRIPT of Evidentiary Hearing - Day Two as to Trevor Charlton held on June 22, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/30/2005) |
| 08/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Trevor Charlton held on 8/9/2005. Court and counsel discuss DNA issues. Further Final Pretrial Conference set for 11/29/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial rescheduled to 12/12/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. Counsel to notify Court as to feasibility of a late September, 2005, trial date. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 08/09/2005) |
| 08/10/2005 | 32 | MOTION for DNA (oral swabs), Exemplars as to Trevor Charltonby USA. (Richardson, Robert) (Entered: 08/10/2005) |
| 08/15/2005 | 33 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Trevor Charlton Jury Trial set for 12/12/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Further Final Pretrial Conference set for 11/29/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) |

| | | |
|---|---|---|
| | | (Entered: 08/18/2005) |
| 08/18/2005 | 34 | Judge Patti B. Saris : ORDER entered. MEMORANDUM and Order as to Trevor Charlton denying 19 Motion to Suppress. (Patch, Christine) (Entered: 08/18/2005) |
| 08/19/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 32 Motion to Obtain DNA samples as to Trevor Charlton (1) (Patch, Christine) (Entered: 08/22/2005) |
| 10/25/2005 | 35 | Assented to MOTION to Continue *Trial* as to Trevor Charlton. (Richey, J.) (Entered: 10/25/2005) |
| 10/28/2005 | 36 | NOTICE OF STATUS HEARING as to Trevor Charlton. Status Hearing re Motion to Continue Trial set for 11/9/2005 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 10/28/2005) |
| 11/09/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Pretrial Conference as to Trevor Charlton held on 11/9/2005. Daubert motions to be filed by 1/9/06. Opposition by 1/23/06 Daubert Hearing/Pretrial Conference set for 1/31/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial rescheduled to 3/6/2006 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/09/2005) |
| 11/14/2005 | 37 | Letter to Robert Richardson from J. Martin Richey regarding viewing all of the physical evidence in the case as to Trevor Charlton (Patch, Christine) (Entered: 11/17/2005) |
| 01/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Trevor Charlton held on 1/31/2006. Trial to go forward as scheduled on March 6, 2006. (Court Reporter Niles Fowlkes.) (Alba, Robert) (Entered: 01/31/2006) |
| 02/01/2006 | 38 | Letter to Robert E. Richardson, AUSA, from J. Martin Richey as to Trevor Charlton (Patch, Christine) (Entered: 02/03/2006) |
| 02/02/2006 | 39 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Trevor Charlton Jury Trial set for 3/6/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Proposed voir dire questions, jury instructions, motions in limine, and trial brief due 2/27/06; replies to motions due 3/1/06. (Patch, Christine) (Entered: 02/08/2006) |
| 02/27/2006 | 40 | MOTION for Juror Questionnaire as to Trevor Charlton. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Richey, J.) (Entered: 02/27/2006) |
| 02/27/2006 | 41 | Proposed Voir Dire by Trevor Charlton (Richey, J.) (Entered: 02/27/2006) |
| 02/27/2006 | 42 | MOTION in Limine *(police knowledge of defendant)* as to Trevor Charlton. (Richey, J.) (Entered: 02/27/2006) |
| 02/27/2006 | 43 | MOTION in Limine *(use of term "felony")* as to Trevor Charlton. (Richey, J.) (Entered: 02/27/2006) |
| 02/27/2006 | 44 | MOTION in Limine *(Paul Roberson prior conviction)* as to Trevor |

| | | |
|---|---|---|
| | | Charlton. (Richey, J.) (Entered: 02/27/2006) |
| 02/27/2006 | 45 | MOTION for View as to Trevor Charlton. (Richey, J.) (Entered: 02/27/2006) |
| 02/27/2006 | 46 | TRIAL BRIEF by USA as to Trevor Charlton (Richardson, Robert) (Entered: 02/27/2006) |
| 02/27/2006 | 47 | Proposed Voir Dire by USA as to Trevor Charlton (Richardson, Robert) (Entered: 02/27/2006) |
| 02/27/2006 | 48 | Proposed Jury Instructions by USA as to Trevor Charlton (Richardson, Robert) (Entered: 02/27/2006) |
| 02/27/2006 | 49 | MOTION in Limine as to Trevor Charlton by USA. (Richardson, Robert) (Entered: 02/27/2006) |
| 03/01/2006 | 50 | RESPONSE to Motion by USA as to Trevor Charlton re 44 MOTION in Limine *(Paul Roberson prior conviction)*, 42 MOTION in Limine *(police knowledge of defendant)*, 43 MOTION in Limine *(use of term "felony")* (Richardson, Robert) (Entered: 03/01/2006) |
| 03/01/2006 | 51 | Opposition by USA as to Trevor Charlton re 45 MOTION for View (Richardson, Robert) (Entered: 03/01/2006) |
| 03/01/2006 | 52 | EXHIBIT by USA as to Trevor Charlton (Richardson, Robert) (Entered: 03/01/2006) |
| 03/02/2006 | 53 | MEMORANDUM in Opposition by Trevor Charlton re 49 MOTION in Limine (Richey, J.) (Entered: 03/02/2006) |
| 03/02/2006 | 54 | Ex Parte MOTION as to Trevor Charlton by USA. (Patch, Christine) (Entered: 03/03/2006) |
| 03/06/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 54 Ex Parte Motion as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/07/2006) |
| 03/06/2006 | 55 | Ex Parte MOTION as to Trevor Charlton by USA, filed under seal. (Patch, Christine) (Entered: 03/07/2006) |
| 03/06/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 55 Ex Parte Motion as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/07/2006) |
| 03/08/2006 | 56 | MOTION in Limine *(Steve St. Louis conviction)* as to Trevor Charlton. (Richey, J.) (Entered: 03/08/2006) |
| 03/09/2006 | 57 | MOTION to Seal Ex Parte Motion as to Trevor Charlton. (Patch, Christine) (Entered: 03/09/2006) |
| 03/09/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 57 Motion to Seal as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/09/2006) |
| 03/09/2006 | 58 | Ex Parte MOTION as to Trevor Charlton, filed under seal. (Patch, Christine) (Entered: 03/09/2006) |
| 03/09/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 58 Ex Parte |

| | | |
|---|---|---|
| | | Motion as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/09/2006) |
| 03/09/2006 | 59 | Judge Patti B. Saris : ORDER entered as to Trevor Charlton re 58 Ex Parte MOTION filed by Trevor Charlton, filed under seal. (Patch, Christine) (Entered: 03/09/2006) |
| 03/10/2006 | 60 | EXHIBIT/WITNESS LIST by Trevor Charlton (Richey, J.) (Entered: 03/10/2006) |
| 03/10/2006 | 61 | EXHIBIT/WITNESS LIST by Trevor Charlton (Richey, J.) (Entered: 03/10/2006) |
| 03/10/2006 | 68 | MOTION to Seal as to Trevor Charlton. (Patch, Christine) (Entered: 03/15/2006) |
| 03/10/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 68 Motion to Seal as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/15/2006) |
| 03/10/2006 | 69 | Ex Parte MOTION as to Trevor Charlton, filed under seal. (Patch, Christine) (Entered: 03/15/2006) |
| 03/10/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 69 Ex Parte Motion as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/15/2006) |
| 03/10/2006 | 70 | Judge Patti B. Saris : ORDER entered as to Trevor Charlton (Patch, Christine) (Entered: 03/15/2006) |
| 03/11/2006 | 62 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 03/11/2006) |
| 03/11/2006 | 63 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 03/11/2006) |
| 03/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Voir Dire held on 3/13/2006 Trevor Charlton (1) on Count 1. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/13/2006) |
| 03/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day One as to Trevor Charlton held on 3/13/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/13/2006) |
| 03/13/2006 | 71 | MOTION to Seal as to Trevor Charlton. (Patch, Christine) (Entered: 03/15/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 71 Motion to Seal as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/15/2006) |
| 03/13/2006 | 72 | Ex Parte MOTION as to Trevor Charlton, filed under seal. (Patch, Christine) (Entered: 03/15/2006) |
| 03/13/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 72 Ex Parte Motion as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/15/2006) |
| 03/13/2006 | 73 | Judge Patti B. Saris : ORDER entered as to Trevor Charlton (Patch, Christine) (Entered: 03/15/2006) |

| | | |
|---|---|---|
| 03/14/2006 | 64 | MOTION in Limine *to Preclude Inquiry into Juvenile Adjudications* as to Trevor Charlton by USA. (Richardson, Robert) (Entered: 03/14/2006) |
| 03/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Trevor Charlton held on 3/14/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/14/2006) |
| 03/14/2006 | 65 | Proposed Jury Instructions by Trevor Charlton (Attachments: # 1 Exhibit) (Byrne, Catherine) (Entered: 03/14/2006) |
| 03/14/2006 | 74 | MOTION to Seal as to Trevor Charlton. (Patch, Christine) (Entered: 03/16/2006) |
| 03/14/2006 | 75 | Ex Parte AFFIDAVIT of Defense Counsel by Trevor Charlton, filed under seal. (Patch, Christine) (Entered: 03/16/2006) |
| 03/14/2006 | 76 | MOTION to Seal as to Trevor Charlton. (Patch, Christine) (Entered: 03/16/2006) |
| 03/14/2006 | 77 | RESPONSE to Motion by Trevor Charlton re 64 MOTION in Limine *to Preclude Inquiry into Juvenile Adjudications*, filed under seal. (Patch, Christine) (Entered: 03/16/2006) |
| 03/15/2006 | 66 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 03/15/2006) |
| 03/15/2006 | | Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Trevor Charlton held on 3/15/2006. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/15/2006) |
| 03/15/2006 | 67 | Proposed Jury Instructions by Trevor Charlton (Byrne, Catherine) (Entered: 03/15/2006) |
| 03/15/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 74 Motion to Seal as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/16/2006) |
| 03/15/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 76 Motion to Seal as to Trevor Charlton (1) (Patch, Christine) (Entered: 03/16/2006) |
| 03/16/2006 | | Clerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Trevor Charlton held on 3/16/2006. Parties rest. Jury begins deliberations. (Court Reporter Valerie O'Hara / Lee Marzilli.) (Alba, Robert) (Entered: 03/16/2006) |
| 03/17/2006 | 78 | TRANSCRIPT of Jury Trial Day Two as to Trevor Charlton held on March 14, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/17/2006) |
| 03/17/2006 | 79 | TRANSCRIPT of Jury Trial Day Three (Testimony Only) as to Trevor Charlton held on March 15, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: |

| | | |
|---|---|---|
| | | 03/17/2006) |
| 03/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Five as to Trevor Charlton held on 3/17/2006. Jury continues deliberations. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/17/2006) |
| 03/20/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Six as to Trevor Charlton held on 3/20/2006. Jury reports to Court that they are a hung jury. Court declares a hung jury. By agreement of the parties Re-Trial set for 6/19/2006 at 9:00 AM. Jury discharged. Defendant remanded to the custody of the US Marshal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/20/2006) |
| 03/20/2006 | 80 | COURT'S EXHIBIT LIST for Jury Trial held from 3/13/06 through 3/20/06 as to Trevor Charlton. (Alba, Robert) (Entered: 03/20/2006) |
| 03/20/2006 | 81 | COURT'S WITNESS LIST for Jury Trial held from 3/13/06 through 3/20/06 as to Trevor Charlton. (Alba, Robert) (Entered: 03/20/2006) |
| 03/27/2006 | 82 | TRANSCRIPT of Jury Trial Day Six - Jury Deliberations as to Trevor Charlton held on March 20, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/27/2006) |
| 03/27/2006 | 83 | TRANSCRIPT of Jury Trial Day Five - Jury Deliberations as to Trevor Charlton held on March 17, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/27/2006) |
| 04/05/2006 | 84 | TRANSCRIPT of Trial Day Four as to Trevor Charlton held on March 16, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/05/2006) |
| 04/05/2006 | 85 | TRANSCRIPT of Trial Day Five as to Trevor Charlton held on March 17, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/05/2006) |
| 05/23/2006 | 86 | MOTION to Dismiss as to Trevor Charlton. (Richey, J.) (Entered: 05/23/2006) |
| 06/05/2006 | 87 | Opposition by USA as to Trevor Charlton re 86 MOTION to Dismiss (Richardson, Robert) (Entered: 06/05/2006) |
| 06/12/2006 | 88 | Judge Patti B. Saris : Memorandum and Order entered denying 86 Motion to Dismiss as to Trevor Charlton (1) (Irwin, Nancy) Additional attachment |

| | | |
|---|---|---|
| | | (s) added on 6/12/2006 (Irwin, Nancy). (Entered: 06/12/2006) |
| 06/12/2006 | 89 | NOTICE OF APPEAL (Interlocutory) by Trevor Charlton. Appeal Record due by 7/3/2006. (Richey, J.) Modified on 6/13/2006 (Patch, Christine). (Entered: 06/12/2006) |
| 07/06/2006 | 90 | NOTICE OF ATTORNEY APPEARANCE: Catherine K. Byrne appearing for Trevor Charlton (Byrne, Catherine) (Entered: 07/06/2006) |
| 08/28/2006 | 91 | Certified and Transmitted Record on Appeal as to Trevor Charlton to US Court of Appeals re 89 Notice of Appeal - Interlocutory (Ramos, Jeanette) (Entered: 08/28/2006) |
| 09/11/2006 | 92 | USCA Case Number as to Trevor Charlton 06-2256 for 89 Notice of Appeal - Interlocutory filed by Trevor Charlton,. (Ramos, Jeanette) (Entered: 09/11/2006) |
| 11/07/2006 | 93 | TRANSCRIPT of Jury Trial Day One as to Trevor Charlton held on March 13, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/07/2006) |
| 11/07/2006 | 94 | Transmitted Supplemental Record on Appeal as to Trevor Charlton re 89 Notice of Appeal - Interlocutory Documents included: 93 (Scalfani, Deborah) Additional attachment(s) added on 11/9/2006 (Scalfani, Deborah). Additional attachment(s) added on 11/27/2006 (Scalfani, Deborah). Additional attachment(s) added on 11/27/2006 (Scalfani, Deborah). (Entered: 11/07/2006) |
| 08/02/2007 | 95 | Transmitted Supplemental Record on Appeal as to Trevor Charlton re 89 Notice of Appeal - Interlocutory Documents included: 78, 79, 83, 84 (Scalfani, Deborah) (Entered: 08/02/2007) |
| 08/14/2007 | | ELECTRONIC NOTICE OF PRETRIAL CONFERENCE as to Trevor Charlton. Pretrial Conference set for 9/6/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 08/14/2007) |
| 09/05/2007 | 96 | MANDATE of USCA (certified copy) as to Trevor Charlton re 89 Notice of Appeal - Interlocutory. This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of a new trial is affirmed. Mandate issued in the USCA 9/5/2007 (Ramos, Jeanette) (Entered: 09/05/2007) |
| 09/06/2007 | | Appeal Record Returned as to Trevor Charlton: (Ramos, Jeanette) (Entered: 09/06/2007) |
| 09/06/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Pretrial Conference as to Trevor Charlton held on 9/6/2007. Final Pretrial Conference set for 10/30/2007 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 11/5/2007 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) |

| | | (Entered: 09/06/2007) |
|---|---|---|
| 09/07/2007 | 97 | NOTICE OF ATTORNEY APPEARANCE: Stylianus Sinnis appearing for Trevor Charlton (Sinnis, Stylianus) (Entered: 09/07/2007) |
| 10/01/2007 | 98 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Trevor Charlton Time excluded from September 6, 2007 until November 5, 2007. Jury Trial set for 11/5/2007 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 10/30/2007 03:30 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 10/10/2007) |
| 10/18/2007 | 100 | MOTION *Motion to Examine Jury Questionnaires Before Voir Dire* as to Trevor Charlton. (Byrne, Catherine) (Entered: 10/18/2007) |
| 10/24/2007 | 101 | MOTION in Limine *To Exclude Police Officers' Testimony Regarding Prior Knowledge of Defendant* as to Trevor Charlton. (Byrne, Catherine) Additional attachment(s) added on 10/25/2007 (Patch, Christine). (Entered: 10/24/2007) |
| 10/24/2007 | 102 | MOTION in Limine *To Admit Evidence of Prior Gun Possession By Steve St. Louis* as to Trevor Charlton. (Byrne, Catherine) Additional attachment(s) added on 10/25/2007 (Patch, Christine). (Entered: 10/24/2007) |
| 10/24/2007 | 103 | MOTION in Limine *To Admit Evidence of Prior Gun Possession By Paul Roberson* as to Trevor Charlton. (Byrne, Catherine) (Entered: 10/24/2007) |
| 10/24/2007 | 104 | MOTION in Limine *To Exclude Use of the Terms "Felon" or "Felony"* as to Trevor Charlton. (Byrne, Catherine) (Entered: 10/24/2007) |
| 10/24/2007 | 105 | MOTION *For View* as to Trevor Charlton. (Byrne, Catherine) (Entered: 10/24/2007) |
| 10/24/2007 | 106 | MOTION *for Juror Questionnaire* as to Trevor Charlton. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B)(Byrne, Catherine) (Entered: 10/24/2007) |
| 10/24/2007 | 107 | Proposed Voir Dire by Trevor Charlton (Byrne, Catherine) (Entered: 10/24/2007) |
| 10/25/2007 | | Notice of correction to docket made by Court staff. Correction: Documents No. 101 and 102 corrected because: images were switched to correct docket as to Trevor Charlton (Patch, Christine) (Entered: 10/25/2007) |
| 10/25/2007 | 108 | Proposed Jury Instructions by Trevor Charlton (Attachments: # 1 Exhibit Exhibit A to Instruction No. 5)(Byrne, Catherine) (Entered: 10/25/2007) |
| 10/25/2007 | 109 | Proposed Jury Instructions by USA as to Trevor Charlton (Richardson, Robert) (Entered: 10/25/2007) |
| 10/25/2007 | 110 | Proposed Voir Dire by USA as to Trevor Charlton (Richardson, Robert) (Entered: 10/25/2007) |
| 10/25/2007 | 111 | MOTION in Limine as to Trevor Charlton by USA. (Richardson, Robert) (Entered: 10/25/2007) |

| | | |
|---|---|---|
| 10/26/2007 | 112 | MOTION for Writ of Habeas Corpus ad testificandum as to Trevor Charlton by USA. (Richardson, Robert) (Entered: 10/26/2007) |
| 10/29/2007 | 113 | RESPONSE to Motion by Trevor Charlton re 111 MOTION in Limine (Byrne, Catherine) (Entered: 10/29/2007) |
| 10/29/2007 | 114 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 10/29/2007) |
| 10/29/2007 | 115 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 10/29/2007) |
| 10/29/2007 | 116 | MEMORANDUM in Opposition by USA as to Trevor Charlton re 101 MOTION in Limine *To Exclude Police Officers' Testimony Regarding Prior Knowledge of Defendant*, 104 MOTION in Limine *To Exclude Use of the Terms "Felon" or "Felony"*, 102 MOTION in Limine *To Admit Evidence of Prior Gun Possession By Steve St. Louis*, 103 MOTION in Limine *To Admit Evidence of Prior Gun Possession By Paul Roberson* (Richardson, Robert) (Entered: 10/29/2007) |
| 10/29/2007 | 117 | Opposition by USA as to Trevor Charlton re 105 MOTION *For View* (Richardson, Robert) (Entered: 10/29/2007) |
| 10/29/2007 | 119 | Judge Patti B. Saris : ORDER entered granting 112 Motion for Writ of Habeas Corpus ad testificandum as to Trevor Charlton (1) (Patch, Christine) (Entered: 10/31/2007) |
| 10/30/2007 | 118 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 10/30/2007) |
| 10/30/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference as to Trevor Charlton held on 10/30/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/30/2007) |
| 11/01/2007 | 120 | MOTION to Travel *for Travel Expenses for Out Of State Witness* as to Trevor Charlton. (Attachments: # 1 Order)(Byrne, Catherine) (Entered: 11/01/2007) |
| 11/01/2007 | 121 | EXHIBIT/WITNESS LIST by Trevor Charlton (Byrne, Catherine) (Entered: 11/01/2007) |
| 11/01/2007 | 122 | EXHIBIT/WITNESS LIST by Trevor Charlton (Byrne, Catherine) (Entered: 11/01/2007) |
| 11/02/2007 | 124 | Judge Patti B. Saris : ORDER entered granting 120 Motion for Travel Expenses for Out-of-State Witness as to Trevor Charlton (1) (Patch, Christine) (Entered: 11/07/2007) |
| 11/06/2007 | 123 | MOTION in Limine *To Admit Evidence of Prior Gun Possession by Paul Roberson and Steve Saint Louis* as to Trevor Charlton. (Byrne, Catherine) (Entered: 11/06/2007) |
| 11/19/2007 | | ELECTRONIC NOTICE OF FINAL PRETRIAL CONFERENCE as to Trevor Charlton. Final Pretrial Conference set for 11/27/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: |

| | | |
|---|---|---|
| | | 11/19/2007) |
| 11/21/2007 | 125 | SUR-REPLY to Motion by USA as to Trevor Charlton re 102 MOTION in Limine *To Admit Evidence of Prior Gun Possession By Steve St. Louis*, 123 MOTION in Limine *To Admit Evidence of Prior Gun Possession by Paul Roberson and Steve Saint Louis* (Richardson, Robert) (Entered: 11/21/2007) |
| 11/21/2007 | 126 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 11/21/2007) |
| 11/21/2007 | 127 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 11/21/2007) |
| 11/26/2007 | 128 | RESPONSE to Motion by USA as to Trevor Charlton re 106 MOTION *for Juror Questionnaire* (Richardson, Robert) (Entered: 11/26/2007) |
| 11/27/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference as to Trevor Charlton held on 11/27/2007. Trial to commence on 12/3/07 as scheduled. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/27/2007) |
| 11/29/2007 | 129 | EXHIBIT/WITNESS LIST by Trevor Charlton (Byrne, Catherine) (Entered: 11/29/2007) |
| 12/02/2007 | 130 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 12/02/2007) |
| 12/02/2007 | 131 | EXHIBIT/WITNESS LIST by USA as to Trevor Charlton (Richardson, Robert) (Entered: 12/02/2007) |
| 12/03/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day One as to Trevor Charlton held on 12/3/2007. Jury impaneled. Counsel make opening statements. (Court Reporter Lee Marzilli.)(Attorneys present: Richardson, Sinnis, Byrne) (Alba, Robert) (Entered: 12/03/2007) |
| 12/05/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Two as to Trevor Charlton held on 12/5/2007. (Court Reporter Lee Marzilli.)(Attorneys present: Richardson, Sinnis, Byrne) (Alba, Robert) (Entered: 12/05/2007) |
| 12/06/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Three as to Trevor Charlton held on 12/6/2007. (Court Reporter Lee Marzilli.)(Attorneys present: Richardson, Sinnis, Byrne) (Alba, Robert) (Entered: 12/06/2007) |
| 12/06/2007 | 132 | Proposed Jury Instructions by Trevor Charlton (Sinnis, Stylianus) (Entered: 12/06/2007) |
| 12/06/2007 | 133 | Proposed Jury Instructions by USA as to Trevor Charlton (Richardson, Robert) (Entered: 12/06/2007) |
| 12/07/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Four as to Trevor Charlton held on 12/7/2007. Parties rest. |

| | | |
|---|---|---|
| | | (Court Reporter Lee Marzilli.)(Attorneys present: Richardson, Sinnis, Byrne) (Alba, Robert) (Entered: 12/07/2007) |
| 12/10/2007 | 134 | EXCERPT TRANSCRIPT of Jury Trial Day Two (Testimony of Lisa Sanders) as to Trevor Charlton held on December 5, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/10/2007) |
| 12/10/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Five as to Trevor Charlton held on 12/10/2007. Counsel make closing arguments. Court charges jury. Jury begins deliberations. Jury returns a verdict of guilty. Jury discharged. Sentencing set for 3/11/2008 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.)(Attorneys present: Richardson, Sinnis, Byrne) (Alba, Robert) (Entered: 12/10/2007) |
| 12/10/2007 | 135 | COURT'S EXHIBIT LIST for Jury Trial held on 12/3/07, 12/5/07, 12/6/07, 12/7/07 and 12/10/07 as to Trevor Charlton. (Alba, Robert) (Entered: 12/10/2007) |
| 12/10/2007 | 136 | COURT'S WITNESS LIST for Jury Trial held on 12/3/07, 12/5/07, 12/6/07, 12/7/07 and 12/10/07 as to Trevor Charlton. (Alba, Robert) (Entered: 12/10/2007) |
| 12/10/2007 | 137 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Trevor Charlton Sentencing set for 3/11/2008 03:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/13/2007) |
| 12/10/2007 | 138 | JURY VERDICT as to Trevor Charlton (1) Guilty on Count 1. (Patch, Christine) (Entered: 12/20/2007) |
| 02/20/2008 | 139 | MOTION to Continue *Sentencing and Date for Filing Objections to the Presentence Report* as to Trevor Charlton. (Byrne, Catherine) (Entered: 02/20/2008) |
| 02/21/2008 | | Judge Patti B. Saris: Electronic ORDER entered allowing 139 MOTION to Continue Sentencing and Date for Filing Objections to the Presentence Report as to Trevor Charlton. "Allowed. The Sentencing is continued to 5/13/2008 at 3:00 PM." (Alba, Robert) (Entered: 02/21/2008) |
| 04/22/2008 | 140 | EXCERPT TRANSCRIPT of Jury Trial Day Five (Government Closing and Rebuttal) as to Trevor Charlton held on December 10, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/22/2008) |
| 05/05/2008 | 141 | MOTION to Continue *Sentencing* as to Trevor Charlton. (Byrne, Catherine) (Entered: 05/05/2008) |
| 05/05/2008 | | Judge Patti B. Saris: Electronic ORDER entered allowing 141 MOTION to |

CM/ECF - USDC Massachusetts - Version 3.2.1 as of 5/3/08
Case 1:04-cr-10306-PBS   Document 150-2   Filed 06/27/2008   Page 18 of 19
Page 18 of 19

| | | |
|---|---|---|
| | | Continue Sentencing as to Trevor Charlton. "Allowed. The sentencing is continued to June 9, 2008, at 4:00 p.m." (Alba, Robert) (Entered: 05/05/2008) |
| 06/04/2008 | 142 | MOTION for Leave to File *Medical and Psychological Records Under Seal* as to Trevor Charlton. (Byrne, Catherine) (Entered: 06/04/2008) |
| 06/04/2008 | | Judge Patti B. Saris: Electronic ORDER entered granting 142 MOTION for Leave to File Medical and Psychological Records Under Seal as to Trevor Charlton. (Alba, Robert) (Entered: 06/04/2008) |
| 06/04/2008 | 143 | MOTION *Medical and Psychological Records Filed Under Seal (Leave To File Granted 6/4/08)* as to Trevor Charlton. (Byrne, Catherine) (Entered: 06/04/2008) |
| 06/04/2008 | 144 | SENTENCING MEMORANDUM by Trevor Charlton (Byrne, Catherine) (Entered: 06/04/2008) |
| 06/04/2008 | 145 | NOTICE of Filing under Seal by Trevor Charlton. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 06/05/2008) |
| 06/04/2008 | 149 | Sealed Document (Patch, Christine) (Entered: 06/16/2008) |
| 06/05/2008 | | Motions terminated as to Trevor Charlton: 143 MOTION *Medical and Psychological Records Filed Under Seal (Leave To File Granted 6/4/08)* filed by Trevor Charlton. (Patch, Christine) (Entered: 06/05/2008) |
| 06/05/2008 | | Notice of correction to docket made by Court staff. Correction: Document No. 143 terminated because: it was filed using the incorrect event. Please refer to Document No. 145 for corrected filing as to Trevor Charlton (Patch, Christine) (Entered: 06/05/2008) |
| 06/09/2008 | 146 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Trevor Charlton (Richardson, Robert) (Entered: 06/09/2008) |
| 06/09/2008 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Sentencing held on 6/9/2008 for Trevor Charlton (1), Count(s) 1. Court sentences defendant to 204 months imprisonment, 60 months supervised release, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.)(Attorneys present: Richardson, Sinnis, Byrne) (Alba, Robert) (Entered: 06/09/2008) |
| 06/11/2008 | 147 | Judge Patti B. Saris: ORDER entered. JUDGMENT as to Trevor Charlton (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 204 months. The court makes a recommendation to a facility as close to Massachusetts as possible, and to the 500 hour drug treatment program. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. Upon deportation, defendant is not to return to the United States without prior permission of the US Attorney. The $100.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 06/12/2008) |
| | | |

| 06/16/2008 | 148 | NOTICE OF APPEAL as to 147 Judgment, by Trevor Charlton NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2008. (Byrne, Catherine) Modified on 6/18/2008 (Patch, Christine). (Entered: 06/16/2008) |