UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10306-PBS |
| | ) | |
| TREVOR CHARLTON | ) | |

## MOTION FOR ENLARGEMENT OF TIME

The government respectfully requests an enlargement of three days, to June 14, 2019, for it to respond to the defendant's Supplemental Memorandum in Support of § 2255 Petition [D. 260] (the "Memo"). As grounds therefor, the government states that following the hearing on May 28, 2019, the Court set a schedule of further briefing by the defendant by June 4, 2019 and responsive briefing by the government by June 11, 2019. The court thereafter allowed the defendant's motion [D. 258] to extend his time to file further briefing to June 7, 2019. The defendant filed the Memo on that date. The government respectfully requests that, in order to afford it the seven days the Court intended for it to file its responsive pleading, the Court enlarge its time to do so to June 14, 2019.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

By:   /S/Robert E. Richardson
       ROBERT E. RICHARDSON
       Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2019.

      /s/Robert E. Richardson
      ROBERT E. RICHARDSON